JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, | CV 20-11686 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| SIZZLER USA RESTAURANTS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's February 24, 2022 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  February 24, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE